People v Jones
2026 NY Slip Op 03688
June 10, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Nisiah Jones, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 10, 2026
2025-01877, (Ind. No. 73704/22)
Lara J. Genovesi, J.P.
Deborah A. Dowling
Lillian Wan
Phillip Hom, JJ.

Salvatore C. Adamo, New York, NY, for appellant.
Raymond A. Tierney, District Attorney, Riverhead, NY (Kerriann Kelly of counsel), for respondent.

[*1]
DECISION & ORDER
Appeal by the defendant from a judgment of the County Court, Suffolk County (Anthony S. Senft, Jr., J.), rendered December 23, 2024, convicting him of conspiracy in the second degree, robbery in the first degree, criminal possession of a weapon in the second degree (three counts), attempted murder in the second degree, and intimidating a victim or witness in the third degree, upon his plea of guilty, and imposing sentence.
ORDERED that the judgment is affirmed.
The record demonstrates that the defendant knowingly, voluntarily, and intelligently waived his right to appeal (see People v Thomas, 34 NY3d 545; People v Lopez, 6 NY3d 248). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (see People v Lopez, 6 NY3d at 255). Likewise, the defendant's valid waiver of his right to appeal precludes appellate review of his claim of ineffective assistance of counsel, since his claim does not implicate the voluntariness of his plea (see People v Robinson, 244 AD3d 1254, 1254; People v Lopez, 210 AD3d 700, 701).
GENOVESI, J.P., DOWLING, WAN and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court